## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ROY STEVE DAVIS,

        Petitioner,

v.                             **CIVIL ACTION NO. 1:07CV13**

JOE DRIVER,

        Respondent.

## ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME

Upon consideration of Respondent Joe Driver's Motion for Enlargement of Time within which he might answer or otherwise respond to the Application for Habeas Corpus Pursuant to 28 U.S.C. § 2241, and for good cause shown therein, it is hereby accordingly

**ORDERED** that Respondent shall have up to and including December 27, 2007, to respond to the Application for Habeas Corpus Pursuant to 28 U.S.C. § 2241 in the above-styled action.

The Clerk of the Court is directed to provide a copy of this Order to parties who appear pro se and all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

DATED: *December 4, 2007*

 

                          *Irene M. Keeley*
                          UNITED STATES DISTRICT JUDGE